> Local Rule 1.05©                    * Page 1

"UNITED STATES DISTRICT COURT"
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

8:22 cv 716 CEH-SPF

> RANDY A. HART,        > CASE NUMBER:
#2138649   W/M              To Be Set.
Plaintiff,

    Vs.

> ROGER POWELL ESQ., ASST.,
STATE ATTORNEY [IN]
POlK COUNTY, FLORIDA.,
Defendant.          / Local Rule 1.05©

"CIVIL RIGHTS COMPLAINT"
42 U.S.C. § 1983

> A vulnerable adult who has been
abused, neglected, or exploited as ≡
specified in this Chapter has a
Cause of action against any perpe-
trator and may recover actual and
punitive damages for such abuse,
neglect, or exploitation.* The action
may be brought in any court of
competent jurisdiction to enforce
such action and to recover actual
and punitive damages for any

"Legal Mail"  (left margin)

N.P. (bottom left)        C/Fil (bottom right)

> Haines v. Kerner, 404 U.S. 519 (1972). * Page 2

deprivation of or infringement on the rights of a vulnerable adult. West's F.S.A. § 415. 1111 415.1111. Civil actions.

** See Case No.# 53-2021-CF-002983-A000-XX, Polk County Courthouse, FL. See the "MOTION TO DISMISS" filed on Feburary 17, 2022. (NO EVIDENCE).

"Legal Mail"

> The defendant acted in bad faith, with a malicious purpose, in a manner exhibiting wanton and willful disregard for human rights, safety, or property. Chapter 768.28 (9) (a) Fla. Stat.

> Federal courts sit not to supervise prisons/jails but to enforce the constitutional rights of all "persons", including prisoners.

> The district court exercised its supplemental jurisdiction over state law claims of false arrest, battery,

C/File

> 28 U.S.C. § 1367 (a) (Supp. III 1991).                    * Page 3

and defamation. See 28 U.S.C. §
1367 (a) (Supp. III 1991).

*** WITNESS > Robert Rivera #2202370
SJ-9T-33

"Legal Jail"

> Allegations of pro se complaint of
prisoner, seeking to recover damages
of claimed injuries and depriva-
tion of rights in the amount of
(5) Five Million dollars.

> Allegations such as those assert-
ed by plaintiff/petitioner, however
inartfully pleaded, are sufficient
to call for the opportunity to offer
supporting evidence.

> Allegations of pro se complaint
are held to less stringent stan-
dards than formal pleadings drafted
by lawyers. Haines V. Kerner, 404
U.S. 519 (1972).

> Plaintiff request to proceed in-
forma pauperis. See 28 U.S.C. § 1915
(g). Plaintiff is indigent for this
cause. See jail records, inmate
bank, Polk County Jail, South
County.

C/File

> 28 U.S.C. § 1367(a)(supp. III 1991)                    * Page 4
> Fed. R. App. P. 3

> Please respond to the address
  listed below:

* Randy allen Hart #2138649
> COUNSEL OF RECORD
Randy Allen Hart #2138649
Polk County Jail / South County
2390 Bob phillips Road.
Bartow, Florida. 33830

"Legal Mail"

March 18, 2022
Cpt. Gallaway
LT. Dort
LT. Rudolph
OFC. Kroll
* Sgt. Mitchell
Sgt. V. Ricks
Sgt. Palmer
OFc. Gould
28 U.S.C. § 1915(g)
28 U.S.C. § 1915(h)
Sheriff: Judd

*
POLK County
Jail (Jail)
Florida.

* Randy allen Hart #2138649
> COUNSEL OF RECORD
March 18, 2022
** Defendant> Roger powell, Esq, A.S.A.

C/File